# EXHIBIT B

| | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | Solatium Damages | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Relationship | Amount | Notes |
| 1 | Raymond | | Alexander | | US | Robert | | Alexander | US | 8/14/17 | NY | 21-cv-03505 | 21-cv-03505, 5 at 1 | Sibling | $ 4,250,000.00 | |
| 2 | Robert | | Anderson | | US | Carl | P. | Anderson | US | 8/26/14 | NY | 21-cv-03505 | 21-cv-03505, 5 at 1 | Child | $ 8,500,000.00 | |
| 3 | Ellen | | Astarita | | US | Salvatore | | Lalicata | US | 1/14/17 | NY | 21-cv-03505 | 21-cv-03505, 5 at 1 | Child | $ 8,500,000.00 | |
| 4 | Lucia | | Aurello-Beauchamp | | US | Charles | | Aurello | US | 6/22/18 | NY | 21-cv-03505 | 21-cv-03505, 5 at 1 | Child | $ 8,500,000.00 | Listed as Lucia Beauchamp-Aurello in Complaint |
| 5 | Gloria | | Browne-Marshall | | US | Ernest | | Marshall | US | 12/5/16 | NY | 21-cv-03505 | 21-cv-03505, 5 at 1 | Spouse | $ 12,500,000.00 | |
| 6 | Anna | R. | Byrnes | | US | Kevin | | Byrnes | US | 2/4/04 | NY | 21-cv-03505 | 21-cv-03505, 5 at 2 | Spouse | $ 12,500,000.00 | |
| 7 | Lawrence | M. | Byrnes | Jr. | US | Lawrence | M. | Byrnes | US | 6/14/15 | NY | 21-cv-03505 | 21-cv-03505, 5 at 2 | Child | $ 8,500,000.00 | |
| 8 | Patricia | | Byrnes | | US | Joseph | L. | Battaglia | US | 8/5/09 | NY | 21-cv-03505 | 21-cv-03505, 5 at 2 | Spouse | $ 12,500,000.00 | |
| 9 | Patricia | | Byrnes | | US | Lawrence | M. | Byrnes | US | 6/14/15 | NY | 21-cv-03505 | 21-cv-03505, 5 at 2 | Child | $ 8,500,000.00 | |
| 10 | Thomas | | Byrnes | | US | Lawrence | M. | Byrnes | US | 6/14/15 | NY | 21-cv-03505 | 21-cv-03505, 5 at 2 | Child | $ 8,500,000.00 | |
| 11 | Donna | | Canari | | US | John | | Canari | US | 12/15/15 | NY | 21-cv-03505 | 21-cv-03505, 5 at 2 | Spouse | $ 12,500,000.00 | |
| 12 | Christopher | | Carrozza | | US | Francis | | Carrozza | US | 1/11/15 | NY | 21-cv-03505 | 21-cv-03505, 5 at 2 | Child | $ 8,500,000.00 | |
| 13 | June | Murphy | Carrozza | | US | Francis | | Carrozza | US | 1/11/15 | NY | 21-cv-03505 | 21-cv-03505, 5 at 2 | Spouse | $ 12,500,000.00 | |
| 14 | Brian | | Casey | | US | Peter | | Casey | US | 7/3/13 | NY | 21-cv-03505 | 21-cv-03505, 5 at 3 | Child | $ 8,500,000.00 | |
| 15 | Lynn | | Casey | | US | Peter | | Casey | US | 7/3/13 | NY | 21-cv-03505 | 21-cv-03505, 5 at 3 | Spouse | $ 12,500,000.00 | |
| 16 | Michael | J. | Casey | | US | Peter | | Casey | US | 7/3/13 | NY | 21-cv-03505 | 21-cv-03505, 5 at 3 | Child | $ 8,500,000.00 | |
| 17 | Tara | | Cummings | | US | Lawrence | M. | Byrnes | US | 6/14/15 | NY | 21-cv-03505 | 21-cv-03505, 5 at 3 | Child | $ 8,500,000.00 | |
| 18 | Christopher | | Debiase | | US | Mark | | Debiase | US | 4/9/06 | NY | 21-cv-03505 | 21-cv-03505, 5 at 3 | Child | $ 8,500,000.00 | |
| 19 | Jean | Marie | Debiase | | US | Mark | | Debiase | US | 4/9/06 | NY | 21-cv-03505 | 21-cv-03505, 5 at 3 | Spouse | $ 12,500,000.00 | |
| 20 | Michael | | Debiase | | US | Mark | | Debiase | US | 4/9/06 | NY | 21-cv-03505 | 21-cv-03505, 5 at 3 | Child | $ 8,500,000.00 | |
| 21 | Nicholas | | Debiase | | US | Mark | | Debiase | US | 4/9/06 | NY | 21-cv-03505 | 21-cv-03505, 5 at 3 | Child | $ 8,500,000.00 | |
| 22 | Joanne | | DeSilva | | US | Salvatore | | Lalicata | US | 1/14/17 | NY | 21-cv-03505 | 21-cv-03505, 5 at 3 | Child | $ 8,500,000.00 | |
| 23 | John | | Dimor | | US | Donna | | Hersh | US | 8/7/11 | NY | 21-cv-03505 | 21-cv-03505, 5 at 4 | Spouse | $ 12,500,000.00 | |
| 24 | Mary | | Eikeseth | | US | Leif | Evan | Eikeseth | US | 3/15/19 | NY | 21-cv-03505 | 21-cv-03505, 5 at 4 | Spouse | $ 12,500,000.00 | |
| 25 | Eryka | | Eikeseth-Donahue | | US | Leif | Evan | Eikeseth | US | 3/15/19 | NY | 21-cv-03505 | 21-cv-03505, 5 at 4 | Child | $ 8,500,000.00 | |
| 26 | Krystina | | Eikeseth-Eysel | | US | Leif | Evan | Eikeseth | US | 3/15/19 | NY | 21-cv-03505 | 21-cv-03505, 5 at 4 | Child | $ 8,500,000.00 | |
| 27 | Dayna | | Eikeseth-Parker | | US | Leif | Evan | Eikeseth | US | 3/15/19 | NY | 21-cv-03505 | 21-cv-03505, 5 at 4 | Child | $ 8,500,000.00 | |
| 28 | Sara | Lea | Elarat | | US | Marcos | | Elarat | US | 12/30/18 | NY | 21-cv-03505 | 21-cv-03505, 5 at 4 | Spouse | $ 12,500,000.00 | |
| 29 | Denise | | Flanagan | | US | Peter | | Flanagan | US | 2/3/12 | NY | 21-cv-03505 | 21-cv-03505, 5 at 4 | Spouse | $ 12,500,000.00 | |
| 30 | Emmett | | Flanagan | | US | Peter | | Flanagan | US | 2/3/12 | NY | 21-cv-03505 | 21-cv-03505, 5 at 4 | Child | $ 8,500,000.00 | Formerly Emily Flanagan |
| 31 | Margaret | | Flanagan | | US | Peter | | Flanagan | US | 2/3/12 | NY | 21-cv-03505 | 21-cv-03505, 5 at 5 | Child | $ 8,500,000.00 | |
| 32 | Elizabeth | | Garcia Roman | | US | Richard | | Lopez | US | 6/24/18 | NY | 21-cv-03505 | 21-cv-03505, 5 at 5 | Spouse | $ 12,500,000.00 | |
| 33 | Jamie | | Gilbert | | US | Daniel | G. | Smith | US | 2/7/16 | NY | 21-cv-03505 | 21-cv-03505, 5 at 5 | Sibling | $ 4,250,000.00 | |
| 34 | Martha | | Gless | | US | Robert | | Gless | US | 10/25/16 | NY | 21-cv-03505 | 21-cv-03505, 5 at 5 | Spouse | $ 12,500,000.00 | |
| 35 | Amy | Frances | Gregorio | | US | Rod | | Mendizza | US | 11/1/18 | NY | 21-cv-03505 | 21-cv-03505, 5 at 5 | Child | $ 8,500,000.00 | |
| 36 | Gwendolyn | | Hanlon | | US | Kevin | | Hanlon | US | 8/25/17 | NY | 21-cv-03505 | 21-cv-03505, 5 at 5 | Spouse | $ 12,500,000.00 | |
| 37 | Lynn | | Hansell-Perkins | | US | Gary | | Perkins | US | 6/19/19 | NY | 21-cv-03505 | 21-cv-03505, 5 at 5 | Spouse | $ 12,500,000.00 | |
| 38 | Barbara | | Hanson | | US | Harold | | Hanson | US | 3/26/19 | NY | 21-cv-03505 | 21-cv-03505, 5 at 5 | Child | $ 8,500,000.00 | |
| 39 | Deborah | | Hanson | | US | Harold | | Hanson | US | 3/26/19 | NY | 21-cv-03505 | 21-cv-03505, 5 at 5 | Child | $ 8,500,000.00 | |
| 40 | Jody | | Hawkes | | US | Robert | | Hawkes | US | 10/22/13 | NY | 21-cv-03505 | 21-cv-03505, 5 at 5 | Spouse | $ 12,500,000.00 | |
| 41 | Christine | | Hemminger | | US | Ronald | | Wolken | US | 3/4/17 | NY | 21-cv-03505 | 21-cv-03505, 5 at 6 | Child | $ 8,500,000.00 | |
| 42 | Christina | | Henderson | | US | Auriel | | Henderson | US | 12/28/16 | NY | 21-cv-03505 | 21-cv-03505, 5 at 6 | Child | $ 8,500,000.00 | |
| 43 | Keisha | | Henderson | | US | Auriel | | Henderson | US | 12/28/16 | NY | 21-cv-03505 | 21-cv-03505, 5 at 6 | Child | $ 8,500,000.00 | |
| 44 | Valerie | | Henderson | | US | Auriel | | Henderson | US | 12/28/16 | NY | 21-cv-03505 | 21-cv-03505, 5 at 6 | Child | $ 8,500,000.00 | |
| 45 | Andrea | | Henderson-Lesesne | | US | Auriel | | Henderson | US | 12/28/16 | NY | 21-cv-03505 | 21-cv-03505, 5 at 6 | Child | $ 8,500,000.00 | |

| # | First | Middle | Last | Suffix | Nat. | Dec. First | Dec. Middle | Dec. Last | Dec. Nat. | Date | State | Case | Ref | Relation | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | Adar | | Hilbert | | US | Marcos | | Elarat | US | 12/30/18 | NY | 21-cv-03505 | 21-cv-03505, 5 at 6 | Child | $ 8,500,000.00 | |
| 47 | Elizabeth | | Horne | | US | Cornell | | Horne | US | 10/5/14 | NY | 21-cv-03505 | 21-cv-03505, 5 at 6 | Spouse | $ 12,500,000.00 | |
| 48 | Evan | | Horne | | US | Cornell | | Horne | US | 10/5/14 | NY | 21-cv-03505 | 21-cv-03505, 5 at 6 | Child | $ 8,500,000.00 | |
| 49 | Gresy | | Johnson | | US | Stephen | | Johnson | US | 11/28/10 | NY | 21-cv-03505 | 21-cv-03505, 5 at 7 | Spouse | $ 12,500,000.00 | |
| 50 | Nicolas | | Johnson | | US | Stephen | | Johnson | US | 11/28/10 | NY | 21-cv-03505 | 21-cv-03505, 5 at 7 | Child | $ 8,500,000.00 | |
| 51 | Leigh | Anne | Jones | | US | Charles | | Jones | US | 1/29/13 | NY | 21-cv-03505 | 21-cv-03505, 5 at 7 | Spouse | $ 12,500,000.00 | |
| 52 | Tali | | Kabilo | | US | Marcos | | Elarat | US | 12/30/18 | NY | 21-cv-03505 | 21-cv-03505, 5 at 7 | Child | $ 8,500,000.00 | |
| 53 | Hillary | | Katzman | | US | Howard | | Katzman | US | 4/27/14 | NY | 21-cv-03505 | 21-cv-03505, 5 at 7 | Spouse | $ 12,500,000.00 | |
| 54 | Barbara | | Lalicata | | US | Salvatore | | Lalicata | US | 1/14/17 | NY | 21-cv-03505 | 21-cv-03505, 5 at 7 | Child | $ 8,500,000.00 | |
| 55 | Joan | | Lalicata | | US | Salvatore | | Lalicata | US | 1/14/17 | NY | 21-cv-03505 | 21-cv-03505, 5 at 7 | Spouse | $ 12,500,000.00 | |
| 56 | Joseph | | Lalicata | | US | Salvatore | | Lalicata | US | 1/14/17 | NY | 21-cv-03505 | 21-cv-03505, 5 at 7 | Child | $ 8,500,000.00 | |
| 57 | Michael | | Lalicata | | US | Salvatore | | Lalicata | US | 1/14/17 | NY | 21-cv-03505 | 21-cv-03505, 5 at 7 | Child | $ 8,500,000.00 | |
| 58 | Winston | | Lewis | | US | Charles | | Williams | US | 7/10/18 | NY | 21-cv-03505 | 21-cv-03505, 5 at 8 | Child | $ 8,500,000.00 | |
| 59 | Ethan | | Libo | | US | Andrew | | Libo | US | 10/25/11 | NY | 21-cv-03505 | 21-cv-03505, 5 at 8 | Child | $ 8,500,000.00 | |
| 60 | Matthew | | Libo | | US | Andrew | | Libo | US | 10/25/11 | NY | 21-cv-03505 | 21-cv-03505, 5 at 8 | Child | $ 8,500,000.00 | |
| 61 | Sanford | | Libo | | US | Andrew | | Libo | US | 10/25/11 | NY | 21-cv-03505 | 21-cv-03505, 5 at 8 | Child | $ 8,500,000.00 | |
| 62 | Robert | B. | Mahon | Jr. | US | Robert | B. | Mahon | US | 4/8/16 | NY | 21-cv-03505 | 21-cv-03505, 5 at 8 | Child | $ 8,500,000.00 | |
| 63 | Carolyn | | Mansberger | | US | James | | Mansberger | US | 8/1/18 | NY | 21-cv-03505 | 21-cv-03505, 5 at 8 | Spouse | $ 12,500,000.00 | |
| 64 | James | Edward | Mansberger | | US | James | | Mansberger | US | 8/1/18 | NY | 21-cv-03505 | 21-cv-03505, 5 at 8 | Child | $ 8,500,000.00 | |
| 65 | Gina | | Marzo | | US | Charles | | Aurello | US | 6/22/18 | NY | 21-cv-03505 | 21-cv-03505, 5 at 8 | Child | $ 8,500,000.00 | |
| 66 | Lee | Ann | Mazzillo | | US | Robert | B. | Mahon | US | 4/8/16 | NY | 21-cv-03505 | 21-cv-03505, 5 at 8 | Child | $ 8,500,000.00 | |
| 67 | Jennifer | Lynn | Mendizza | | US | Rod | | Mendizza | US | 11/1/18 | NY | 21-cv-03505 | 21-cv-03505, 5 at 9 | Child | $ 8,500,000.00 | |
| 68 | Lauren | Marie | Mendizza | | US | Rod | | Mendizza | US | 11/1/18 | NY | 21-cv-03505 | 21-cv-03505, 5 at 9 | Child | $ 8,500,000.00 | |
| 69 | Sherif | | Mesiha | | Egypt | Karen | | Mesiha | US | 12/12/15 | NY | 21-cv-03505 | 21-cv-03505, 5 at 9 | Spouse | $ 12,500,000.00 | |
| 70 | Jean | | Meyerowitz | | US | Andrew | | Libo | US | 10/25/11 | NY | 21-cv-03505 | 21-cv-03505, 5 at 9 | Spouse | $ 12,500,000.00 | |
| 71 | Ann | Marie | Murphy | | US | Lawrence | M. | Byrnes | US | 6/14/15 | NY | 21-cv-03505 | 21-cv-03505, 5 at 9 | Child | $ 8,500,000.00 | |
| 72 | Anna | | Murray | | US | Edward | | Murray | US | 2/24/16 | NY | 21-cv-03505 | 21-cv-03505, 5 at 9 | Spouse | $ 12,500,000.00 | |
| 73 | Jennifer | | Murray | | US | Edward | | Murray | US | 2/24/16 | NY | 21-cv-03505 | 21-cv-03505, 5 at 9 | Child | $ 8,500,000.00 | |
| 74 | Julia | | Natale | | US | Edward | | Murray | US | 2/24/16 | NY | 21-cv-03505 | 21-cv-03505, 5 at 9 | Child | $ 8,500,000.00 | |
| 75 | Margaret | | O'Hanlon | | US | Michael | | O'Hanlon | US | 8/28/17 | NY | 21-cv-03505 | 21-cv-03505, 5 at 10 | Spouse | $ 12,500,000.00 | |
| 76 | Michael | R. | O'Hanlon | Jr. | US | Michael | | O'Hanlon | US | 8/28/17 | NY | 21-cv-03505 | 21-cv-03505, 5 at 10 | Child | $ 8,500,000.00 | |
| 77 | Chantal | | Paultre | | US | Jacques | | Paultre | US | 6/24/08 | NY | 21-cv-03505 | 21-cv-03505, 5 at 10 | Spouse | $ 12,500,000.00 | |
| 78 | Kristopher | | Paultre | | US | Jacques | | Paultre | US | 6/24/08 | NY | 21-cv-03505 | 21-cv-03505, 5 at 10 | Child | $ 8,500,000.00 | |
| 79 | Michael | | Paultre | | US | Jacques | | Paultre | US | 6/24/08 | NY | 21-cv-03505 | 21-cv-03505, 5 at 10 | Child | $ 8,500,000.00 | |
| 80 | Stephanie | | Paultre | | US | Jacques | | Paultre | US | 6/24/08 | NY | 21-cv-03505 | 21-cv-03505, 5 at 10 | Child | $ 8,500,000.00 | |
| 81 | Margaret | | Randazzo-Maloy | | US | Gene | Edward | Maloy | US | 9/11/01 | NY | 21-cv-03505 | 21-cv-03505, 5 at 10 | Spouse | $ 12,500,000.00 | Decedent killed in the 9/11 Terrorist Attacks. |
| 82 | Katherine | M. | Schlosser | | US | Michael | | O'Hanlon | US | 8/28/17 | NY | 21-cv-03505 | 21-cv-03505, 5 at 10 | Child | $ 8,500,000.00 | |
| 83 | Neelam | | Silhi | | US | Louis | G. | Bryan | US | 11/7/16 | NY | 21-cv-03505 | 21-cv-03505, 5 at 10 | Spouse | $ 12,500,000.00 | |
| 84 | Brittany | | Smith | | US | Daniel | G. | Smith | US | 2/7/16 | NY | 21-cv-03505 | 21-cv-03505, 5 at 11 | Child | $ 8,500,000.00 | |
| 85 | Dylan | | Smith | | US | Daniel | G. | Smith | US | 2/7/16 | NY | 21-cv-03505 | 21-cv-03505, 5 at 11 | Child | $ 8,500,000.00 | |
| 86 | Nicole | | Towolawi | | US | Charles | | Williams | US | 7/10/18 | NY | 21-cv-03505 | 21-cv-03505, 5 at 11 | Child | $ 8,500,000.00 | |
| 87 | Jane | | Tuohy | | US | Joseph | | Tuohy | US | 11/8/17 | NY | 21-cv-03505 | 21-cv-03505, 5 at 11 | Spouse | $ 12,500,000.00 | |
| 88 | Clifford | | Wolken | | US | Ronald | | Wolken | US | 3/4/17 | NY | 21-cv-03505 | 21-cv-03505, 5 at 11 | Child | $ 8,500,000.00 | |