# EXHIBIT FF

# Estate of Gene Edward Maloy

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

**CERTIFICATE OF DEATH**

Certificate No: 156-01-049446

DEPARTMENT OF HEALTH VITAL RECORDS
DATE FILED: 2001 OCT 24 P 3:53

**1. NAME OF DECEASED** (Type or print): Gene (First Name) Edward (Middle Name) Maloy (Last Name)

## MEDICAL CERTIFICATE OF DEATH (To be filled in by the O.C.M.E.)

- 2 PLACE OF DEATH: NEW YORK CITY
- 2a BOROUGH: Manhattan
- 2b Name of hospital or other facility if not facility, street address: World Trade Center
- 2c If in Hospital or Other Facility: [X] DOA
- 3 DATE AND HOUR OF DEATH OR FOUND DEAD: September 11, 2001
- 3b Hour: [X] AM
- 4 SEX: MALE
- 5 APPROXIMATE AGE: 41 Years

### 6 DEATH WAS CAUSED BY:
- PART 1
  - a. Immediate cause: Physical Injuries. (Body Not Found)
  - b. Due to or as a consequence of:
  - c. Due to or as a consequence of:
- PART 2
  - d. Other significant conditions contributing to death but not resulting in the underlying cause given in part 1

- 7a INJURY DATE: September 11, 2001
- 7b Time: [X] AM
- 7c AT WORK: [X] Yes
- 7d PLACE OF INJURY: Office Building
- 7e LOCATION: World Trade Center
- 7f HOW INJURY OCCURRED: Office Worker Killed in World Trade Center Disaster

- 8 Manner of Death: [X] Homicide
- 9 Autopsy: [X] No Autopsy

- 10 Certifier Signature: _____ M.D.
- Date: October 24, 2001
- Name (Print): Charles S. Hirsch, M.D.

- 11 M.E. Case No: DX0100682

## PERSONAL PARTICULARS
- 13a Usual Residence State: NY
- 13b County: Kings
- 13c City: Brooklyn
- 13d Street & House No: 8500 Fourth Avenue
- Zip: 11209
- Apt No: 2G
- 13e Inside City Limits: [X] Yes

- 14 Served in U.S. Armed Forces: [X] No
- 15 Marital Status: [X] Married or separated
- 16 Name of Surviving Spouse: Margaret Randazzo

- 17 Date of Birth: 01/23/60
- 18 Age at last birthday: 41
- 19 Social Security No: 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

- 20a Usual Occupation: Systems Analyst
- 20b Kind of business or industry: Insurance/Brokerage

- 21 Birthplace: Manassas, Virginia
- 22 Education: College 4

- 24 NAME OF FATHER OF DECEDENT: Gene A. Maloy
- 25 MAIDEN NAME OF MOTHER OF DECEDENT:

- 26a NAME OF INFORMANT: Margaret Randazzo-Maloy
- 26b RELATIONSHIP TO DECEASED: Wife
- 26c ADDRESS: 31-11 32nd Street Apt. 24, Astoria, New York 11106

Gretchen Van Wye, PhD, City Registrar
VITAL RECORDS DEPARTMENT OF HEALTH
November 28, 2023

1340000528348

# Family Member Affidavits

# Margaret Randazzo-Maloy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                           03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

----------------------------------------------------------------- X   **AFFIDAVIT OF MARGARET**
RAYMOND ALEXANDER, et al.,                     **RANDAZZO-MALOY**

                                Plaintiffs,            21-CV-03505 (GBD)(SN)

                        V.

ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
----------------------------------------------------------------- X

STATE OF CALIFORNIA    )
                    : SS
COUNTY OF LOS ANGELES  )

      MARGARET RANDAZZO-MALOY, being duly sworn, deposes and says:

      1.    I am a plaintiff in the within action, am over 18 years of age, and reside at 1821 South Bentley Avenue, Apt. 305, Los Angeles, California 90025.

      2.    I am currently 56 years old, having been born on November 26, 1966.

      3.    I am the wife of Decedent, Gene Edward Maloy, upon whose death my claim is based, and submit this Affidavit in connection with the present motion for a default judgment and in support of my solatium claim.

      4.    My husband passed away on September 11, 2001, at the age of 41. His death was a direct result of injuries he sustained from the September 11, 2001, terrorist attacks at the World Trade Center.

5. At the time of September 11, 2001, Gene was an analyst with Marsh and McLennan. He worked hard to reach that position. In addition to his job, he had many interests and hobbies that we enjoyed together including watching movies, playing tennis, swimming, taking road trips, listening to jazz, and eating French fires and chocolate.

6. On the morning of September 11, 2001, Gene was working in the World Trade Center. His colleague went downstairs to get breakfast, and asked Gene to join him. Gene, being who he was, said no because he wanted to get a step up on his day. Less than an hour later, the towers were struck.

7. Gene passed away on September 11, 2001, due to injuries sustained from the terrorist attacks on the World Trade Center.

8. Because of the way that my husband died, his death will continue to have far reaching consequences for me. Gene had been my best friend and confidant. Now we will never have grandchildren together.

MARGARET RANDAZZO-MALOY

Sworn before me this
3 day of October, 2023

_____
Notary public

**THE APPROPRIATE CALIFORNIA NOTARY FORM IS ATTACHED.**

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Los Angeles )

On 10/31/2023 before me, Elin Aghakians, Notary Public,
  Date                              Here Insert Name and Title of the Officer
personally appeared Margaret Randazzo-Maloy
                              Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
             Signature of Notary Public

[Notary Seal: ELIN AGHAKIANS, COMM. # 2455452, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, MY COMM. EXP. JULY 28, 2027]

Place Notary Seal Above
——————————— OPTIONAL ———————————
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: lawsuit against Islamic Republic of Iran which
Document Date: _____  Number of Pages: 3
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact
☐ Trustee      ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact
☐ Trustee      ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907