# EXHIBIT GG

# Estate of James Mansberger

# VCF Documentation



September 11th
Victim Compensation Fund

May 30, 2019

CAROLYN MANSBERGER
389 WOODBRIDGE LANE
JERICHO NY 11753

Dear CAROLYN MANSBERGER:

The September 11th Victim Compensation Fund ("VCF") has reviewed your Eligibility Form. You submitted an Eligibility Form on behalf of JAMES MANSBERGER. Your claim number is VCF0109932. Your Eligibility Form was determined to be substantially complete on May 29, 2019. As stated in the Regulations and on the claim form, by filing a substantially complete Eligibility Form, you have waived your right to file or be a party to a September 11th-related lawsuit on behalf of the decedent and his or her survivors.

**The Decision on your Claim**

The VCF has determined that the decedent has met the eligibility criteria established in the statute and regulations. Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, the decedent has been found eligible for the following injuries:

- ACUTE MYELOBLASTIC LEUKEMIA NOT ACHIEVED REMISS
- MALIGNANT NEOPLASM LT KIDNEY EXCEPT RENAL PELVIS
- REFRACTORY ANEMIA WITH EXCESS BLASTS UNSPECIFIED

Please note that there are several reasons why an injury that you think should be eligible is not listed above. For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

**What Happens Next**

**If the decedent was certified for treatment by the WTC Health Program for a condition not listed above**, you should amend your claim. Please see the VCF website for details on how to amend your claim. The VCF will review the new information and determine if it provides the basis for a revised decision.

**If you believe the decedent had eligible injuries not treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating the amount of any compensation, you should amend your claim. If you choose to amend your claim, you will need


September 11th
Victim Compensation Fund

to use the VCF Private Physician process.  The Private Physician process is a way for the VCF to gather the required information about the decedent's treatment in order to process your claim.  All forms are available on the VCF website under "Forms and Resources."  The website also includes detailed information and instructions on the Private Physician process.

**If the decedent did not have injuries other than those listed above,** you should submit your Compensation Form and required supporting materials.  If you have already submitted your Compensation Form, you do not need to take any action at this time unless you receive a request from the VCF for missing information.  The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: WENDELL TONG



September 11th
Victim Compensation Fund

July 14, 2020

CAROLYN MANSBERGER
389 WOODBRIDGE LANE
JERICHO NY 11753

**Re: CLAIM NUMBER: VCF0109932**

Dear CAROLYN MANSBERGER:

The September 11th Victim Compensation Fund ("VCF") sent you a letter on January 02, 2020 notifying you of the amount of your award.

You then amended your claim to request additional losses. The VCF has considered your amended claim and reviewed the new information you provided. This letter sets forth the revised award and supersedes and replaces all previous letters.

After reviewing the responses in your claim form, the documents you submitted in support of your claim, and information from third-party entities, the VCF has calculated the amount of your award as **$411,221.42**. This determination is in accordance with the requirements of the Never Forget the Heroes: James Zadroga, Ray Pfeifer, and Luis Alvarez Permanent Authorization of the September 11th Victim Compensation Fund Act ("VCF Permanent Authorization Act"). The enclosed "Award Detail" includes a detailed explanation of the calculation and a list of the eligible conditions that were considered when calculating your award.

No non-routine legal service expenses are approved for reimbursement for this claim.

As the Personal Representative, you are required to distribute any payment received from the VCF on behalf of the victim to the eligible survivors or other recipients in accordance with the applicable state law or any applicable ruling made by a court of competent jurisdiction or as provided by the Special Master.

**<u>What Happens Next</u>**

You have already received a payment of $398,598.77. You are now entitled to an additional payment of **$12,622.65**. This amount is equal to the difference between your revised total award and the amount that has already been paid on your claim.

The VCF will deem this award to be final and will begin processing the full payment on your claim unless you complete and return the enclosed Compensation Appeal Request Form within **30 days from the date of this letter** as explained below. If you do not appeal, the Special Master will authorize the payment on your claim within 20 days of the end of the 30-day appeal period. Once the Special Master has authorized the payment, it may take up to three weeks for the United States Treasury to disburse the money into the bank account designated on the VCF ACH Payment Information Form or other payment authorization



document you submitted to the VCF.

- **Appealing the Award**: You may request a hearing before the Special Master or her designee if you believe the amount of your award was erroneously calculated, or if you believe you can demonstrate extraordinary circumstances indicating that the calculation does not adequately address your loss. **If you choose to appeal, your payment will not be processed until your hearing has been held and a decision has been rendered on your appeal**.

  To appeal the award, you must complete two steps by the required deadlines:

  1. Complete and return the enclosed **Compensation Appeal Request Form** within **30 days from the date of this letter**. Follow the instructions on the form and upload it to your claim or mail it to the VCF by the required deadline. If you do not submit your completed Compensation Appeal Request Form within 30 days of the date of this letter*, you will have waived your right to an appeal* and the VCF will begin processing any payment due on your claim.
  2. Complete and submit your **Compensation Appeal Package** (Pre-Hearing Questionnaire, Compensation Explanation of Appeal, and all applicable supporting documents) no later than **60 days from the date of this letter**. It is important that you carefully review the information enclosed with this letter and follow the instructions if you intend to appeal your award. Additional instructions on the appeals process can be found on the VCF website under “Frequently Asked Questions” and in the Policies and Procedures available under “Forms and Resources.”

  Once your complete Compensation Appeal Package is submitted, the VCF will review the information to confirm you have a valid appeal, and will notify you of the next steps specific to your appeal and the scheduling of your hearing.

- **Notifying the VCF of new Collateral Source Payments**: You must inform the VCF of any new collateral source payments you receive, or become entitled to receive, such as a change to your disability or survivor benefits, as this may change the amount of your award. If you notify the VCF within 90 days of learning of the new collateral source payment, your award will not be adjusted to reflect the new entitlement or payment. If you notify the VCF more than 90 days after learning of the new or revised entitlement or payment, the VCF may adjust your award to reflect the new payment as an offset, which may result in a lower award. If you need to notify the VCF of a new collateral source payment, please complete the “Collateral Offset Update Form” found under “Forms and Resources” on the www.vcf.gov website.

Your award was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the VCF Permanent Authorization Act. As always, I emphasize that no amount of money can alleviate the losses suffered on September 11, 2001.

If you have any questions, please call our toll-free Helpline at 1-855-885-1555. Please have your claim number ready when you call: **VCF0109932**. For the hearing impaired, please call 1-



855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

         Sincerely,

         Rupa Bhattacharyya
         Special Master
         September 11th Victim Compensation Fund

cc: WENDELL TONG



# Award Detail

Claim Number: VCF0109932
Decedent Name: JAMES MANSBERGER

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| | |
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $0.00 |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | $0.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | $0.00 |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | $0.00 |
| | |
| **Total Non-Economic Loss** | $300,000.00 |
| | |
| **Subtotal Award for Personal Injury Claim** | $300,000.00 |



| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| | |
| **Loss of Earnings including Benefits and Pension** | |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | |
| SSA Survivor Benefits | |
| Worker's Compensation Death Benefits | |
| Other Offsets related to Earnings | |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Replacement Services | $113,925.00 |
| Burial Costs | $12,622.65 |
| **Total Other Economic Losses** | $126,547.65 |
| | |
| **Total Economic Loss** | $126,547.65 |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | $250,000.00 |
| Non-Economic Loss - Spouse/Dependent(s) | $100,000.00 |
| **Total Non-Economic Loss** | $350,000.00 |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ($255.00) |
| Life Insurance | ($25,071.23) |
| Other Offsets | $0.00 |
| **Total Additional Offsets** | ($25,326.23) |
| | |
| **Subtotal Award for Deceased Claim** | $451,221.42 |



September 11th
Victim Compensation Fund

| **Subtotal of Personal Injury and Deceased Claims** | $751,221.42 |
|---|---|
| PSOB Offset | $0.00 |
| Prior Lawsuit Settlement Offset | $0.00 |
| Award Paid on Prior Personal Injury Claim | ($340,000.00) |
| **TOTAL AWARD** | $411,221.42 |
| | |
| **Factors Underlying Economic Loss Calculation** | |
| Annual Earnings Basis (without benefits) | |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | |

| **Eligible Conditions Considered in Award** |
|---|
| Acute Myeloblastic Leukemia Not Achieved Remiss |
| Malignant Neoplasm Lt Kidney Except Renal Pelvis |
| Refractory Anemia With Excess Blasts Unspecified |

# Family Member Affidavits

# Carolyn Mansberger

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In Re:

TERRORIST ATTACKS ON SEPTEMBER 11, 2001

03-MDL-1570 (GBD)(SN)

----------------------------------------------------------------- X

RAYMOND ALEXANDER, et al.,

**AFFIDAVIT OF CAROLYN MANSBERGER**

Plaintiffs,

21-CV-03505 (GBD)(SN)

v.

ISLAMIC REPUBLIC OF IRAN,

Defendant.

-----------------------------------------------------------------X

STATE OF NEW YORK )
: SS
COUNTY OF NASSAU )

Carolyn Mansberger, being duly sworn, deposes and says:

1. I am a plaintiff in the within action, am over 18 years of age, and reside at 389 Woodbridge Lane, Jericho, NY 11753.

2. I am currently 74 years old, having been born on August 22, 1949.

3. I am the spouse of Decedent, James Mansberger, upon whose death my claims are based. I submit this Affidavit in support of the present motion for default money judgment for the claim made on behalf of my husband's estate and for my solatium claim. On October 19, 2018, I was issued Letters Testamentary as the Executor of my husband's estate by the Nassau County Surrogate's Court.

4. My husband passed away from leukemia on August 1, 2018, at the age of 73. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5. James Mansberger was my husband for 48 years. He was an electrician and volunteer fireman for 50 years. He also played the bagpipes for about 20 years. We loved to travel and spend time with family and friends. We loved to host BBQ's in the summer and Christmas Eve since James was born on that day. I am a very anxious person, and he always told me don't worry until there's something to worry about. He always seemed to calm me. When my son got married James was determined to play the bagpipes at his wedding. He was undergoing chemotherapy at the time but still practiced every day and did an amazing job. Everyone was in tears. He taught us all to never give up.

6. On the morning of September 11, 2001, after hearing about the attacks, Jim immediately responded to ground zero with a group of Jericho firemen. They desperately sifted the debris and post for several days. He came home in tears knowing no one could be saved.

7. As a result of his extensive exposure, he was diagnosed with three cancers: kidney cancer, myelodysplastic syndrome, and acute myelogenous leukemia. In 2016, routine blood work showed his platelets were back low. He saw an oncologist/hematologist and was diagnosed with Myelodysplastic Syndrome ("MDS"), a rare blood cancer that can occur when the blood-forming cells in the bone marrow become abnormal. He had chemotherapy and many blood tests for a year. The disease progressed to Acute Myelogenous Leukemia in 2017. Every week he had to have blood transfusions, doctor visits. We went to Sloan Kettering in New York City where he had many bone marrow tests and spent a lot of time in the hospital. He tried a few clinical trials, but they caused high fevers and rashes and allergic reactions. He had no quality of life and was placed in Hospice.

8. I went to every doctor, chemotherapy appointments, blood transfusion, etc. with Jim. It was heartbreaking to watch a once active fun-loving person steadily decline. I had to be put on antidepressant medication to help me get there. I am still devastated and

have very little social life. He missed the birth of our first grandson, and this haunts me. I am mad, sad and very lonely.

CAROLYN MANSBERGER

Sworn before me this

10 day of July, 2023

Notary public

NAIM [illegible]
Notary Public, State of New York
No. [illegible]
Qualified in Suffolk County
My Commission Expires Mar 8, 2024

# James Edward Mansberger

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In Re:

TERRORIST ATTACKS ON SEPTEMBER 11, 2001

03-MDL-1570 (GBD)(SN)

------------------------------------------------------------ X
RAYMOND ALEXANDER, et al.,

**AFFIDAVIT OF**
**JAMES EDWARD MANSBERGER**

Plaintiffs,

21-CV-03505 (GBD)(SN)

V.

ISLAMIC REPUBLIC OF IRAN,

Defendant.
----------------------------------------------------------------X

STATE OF NEW YORK )
: SS
COUNTY OF NASSAU )

James Edward Mansberger, being duly sworn, deposes and says:

1. I am a plaintiff in the within action, am over 18 years of age, and reside at 234 Hamilton Avenue, Massapequa, NY 11758.

2. I am currently 42 years old, having been born on February 26, 1981.

3. I am the son of Decedent, James Mansberger, upon whose death my claim is based, and submit this Affidavit in connection with the present motion for a default judgment and in support of my solatium claim.

4. My father passed away from leukemia on August 1, 2018, at the age of 73. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5. My dad was an electrician with the Local 25 Electrical Union and played in their bagpipe band. He was also a volunteer firefighter with the Jericho Fire Department for over 50 years. Our memories together include him coming to many of my baseball and football games growing up. When I was younger, I liked to go in our pool with him, go to the beach and go out to dinner. We went on vacations together like Disney World, Hersey Park and Upstate New York. He made sure that I got a good education and that I tried hard in school. When he got cancer, he didn't know if he would survive long enough to make it to my wedding, but he was able to make it and played the bagpipes at the wedding.

6. My dad was a firefighter with the Jericho Fire Department and responded to the WTC Exposure Zone with members of his department on September 11th to assist.

7. When he was diagnosed with his illness, he went to doctors to try to figure out what kind of treatment he could get. He received different types of treatments, some helped for a period of time and then stopped working. He was in the hospital multiple times due to his illness. He had to get frequent blood transfusions and often had no energy at all. He had a terrible quality of life for a long time while dealing with it. He eventually went on hospice and died a short time later.

8. It was a very difficult time from when he got sick until his death for my whole family including my mom and brother. My mother had to take him to frequent doctor visits and for blood transfusions. He never got to meet his grandson because he died a few years prior.

[signature]
JAMES EDWARD MANSBERGER

Sworn before me this
1 day of August, 2023

[signature]
Notary public

JAMES RYAN DALEY
Notary Public, State of New York
Reg. No. 01DA6354224
Qualified in Nassau County
Commission Expires February 6 20[illegible]