# EXHIBIT MM

# Estate of Jacques Paultre

# VCF Documentation



September 11th
Victim Compensation Fund

March 10, 2016

CHANTAL PAULTRE
C/O BETH JABLON
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, PC
120 BROADWAY 18TH FLOOR
NEW YORK NY  10271

Dear CHANTAL PAULTRE:

Your Eligibility Form for the September 11th Victim Compensation Fund ("VCF") has been reviewed.  You submitted an Eligibility Form on behalf of JACQUES PAULTRE.  Your claim number is VCF0015019.  The Claims Evaluator determined that your Eligibility Form was substantially complete on March 10, 2016.  As stated in the Regulations and on the Eligibility Form, by filing a substantially complete Eligibility Form, the right to file or be a party to a September 11th-related lawsuit on behalf of the decedent and his or her survivors has been waived.

**The Decision on your Claim**

The VCF has determined that the decedent meets the eligibility criteria established in the statute and regulations and that you meet the requirements as the Personal Representative of the decedent.  Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, the decedent has been found eligible for the following injuries:

- STOMACH CANCER

Please note that there are several reasons why an injury that you think should be eligible is not listed above.  For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, the injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or loss calculation.

**What Happens Next**

**If the decedent was certified for treatment by the WTC Health Program for a condition not listed above**, you should amend your claim.  If you need to amend your claim to add a new condition, upload a letter to your claim with the request and submit the required documents. The VCF will review the new information and determine if it provides the basis for a revised decision.



September 11th
Victim Compensation Fund

**If you believe the decedent had eligible injuries not treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating the amount of any compensation, you should amend your claim.  If you choose to amend your claim, you will need to use the VCF Private Physician process.  The Private Physician process is a way for the VCF to gather the required information about the decedent's treatment in order to process your claim.  All forms are available on the VCF website under "Forms and Resources."  The website also includes detailed information and instructions on the Private Physician process.

**If you do not have injuries other than those listed above, <u>and</u>:**

- **You have already submitted your Compensation Form**, you do not need to take any action at this time unless you receive a request from the VCF for missing information.
- **You have not yet submitted your Compensation Form**, you must wait until the Special Master publishes the updated regulations to reflect the new statute reauthorizing the VCF, which was enacted on December 18, 2015, before taking any additional action on your claim.  Under the legislation new claims cannot be filed until the final regulations have been published.

In either case, your claim will be reviewed and processed under "Group B" as required by the new law.  Please see the www.vcf.gov website for important information about the reauthorization and the expected timeline of activities for Group B claims.  Finally, it is important to keep in mind that funding is not available to pay Group B claims until all of the Group A payments have been made or October 2016, whichever is earlier.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Sheila L.  Birnbaum
Special Master
September 11th Victim Compensation Fund


September 11th
Victim Compensation Fund

September 29, 2020

CHANTAL PAULTRE
C/O WENDELL TONG
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, PC
120 BROADWAY 18TH FLOOR
NEW YORK NY  10271

**Re: CLAIM NUMBER: VCF0015019**

Dear CHANTAL PAULTRE:

The September 11th Victim Compensation Fund ("VCF") sent you a letter on January 26, 2017 notifying you of the award determination on your claim.

You then amended your claim to request additional losses.  The VCF has considered your amended claim and reviewed the new information you provided.  This letter sets forth the revised award and supersedes and replaces all previous letters.

After reviewing the responses in your claim form, the documents you submitted in support of your claim, and information from third-party entities, the VCF has calculated the amount of your award as **$451,736.75**.  This determination is in accordance with the requirements of the Never Forget the Heroes: James Zadroga, Ray Pfeifer, and Luis Alvarez Permanent Authorization of the September 11th Victim Compensation Fund Act ("VCF Permanent Authorization Act").  The enclosed "Award Detail" includes a detailed explanation of the calculation and a list of the eligible conditions that were considered when calculating your award.

The VCF did not consider your claim for medical expenses because our policy requires that you submit the claim for medical expenses as a compensation amendment after you have received your initial award.  Now that you have received your initial award, you may file an amendment for medical expenses if your claimed, documented expenses are $5,000.00 or more. For instructions about the specific documents you must submit to support your medical expenses claim, visit the "Policies and Procedures" page under the "Forms and Resources" menu on www.vcf.gov.

No non-routine legal service expenses are approved for reimbursement for this claim.

As the Personal Representative, you are required to distribute any payment received from the VCF on behalf of the victim to the eligible survivors or other recipients in accordance with the applicable state law or any applicable ruling made by a court of competent jurisdiction or as provided by the Special Master.

**What Happens Next**

You have already received a payment of $338,021.75.  You are now entitled to an additional



September 11th
Victim Compensation Fund

payment of **$113,715.00**.  This amount is equal to the difference between your revised total award and the amount that has already been paid on your claim.

The VCF will deem this award to be final and will begin processing the full payment on your claim unless you complete and return the enclosed Compensation Appeal Request Form within **30 days from the date of this letter** as explained below.  If you do not appeal, the Special Master will authorize the payment on your claim within 20 days of the end of the 30-day appeal period.  Once the Special Master has authorized the payment, it may take up to three weeks for the United States Treasury to disburse the money into the bank account designated on the VCF ACH Payment Information Form or other payment authorization document you submitted to the VCF.

- **Appealing the Award**: You may request a hearing before the Special Master or her designee if you believe the amount of your award was erroneously calculated, or if you believe you can demonstrate extraordinary circumstances indicating that the calculation does not adequately address your loss.  **If you choose to appeal, your payment will not be processed until your hearing has been held and a decision has been rendered on your appeal**.

  To appeal the award, you must complete two steps by the required deadlines:

  1. Complete and return the enclosed **Compensation Appeal Request Form** within **30 days from the date of this letter**.  Follow the instructions on the form and upload it to your claim or mail it to the VCF by the required deadline.  If you do not submit your completed Compensation Appeal Request Form within 30 days of the date of this letter, *you will have waived your right to an appeal* and the VCF will begin processing any payment due on your claim.

  2. Complete and submit your **Compensation Appeal Package** (Pre-Hearing Questionnaire, Compensation Explanation of Appeal, and all applicable supporting documents) no later than **60 days from the date of this letter**.  It is important that you carefully review the information enclosed with this letter and follow the instructions if you intend to appeal your award.  Additional instructions on the appeals process can be found on the VCF website under "Frequently Asked Questions" and in the Policies and Procedures available under "Forms and Resources."

  Once your complete Compensation Appeal Package is submitted, the VCF will review the information to confirm you have a valid appeal, and will notify you of the next steps specific to your appeal and the scheduling of your hearing.

- **Notifying the VCF of new Collateral Source Payments**: You must inform the VCF of any new collateral source payments you receive, or become entitled to receive, such as a change to your disability or survivor benefits, as this may change the amount of your award.  If you notify the VCF within 90 days of learning of the new collateral source payment, your award will not be adjusted to reflect the new entitlement or payment.  If you notify the VCF more than 90 days after learning of the new or revised entitlement or payment, the VCF may adjust your award to reflect the new payment as an offset, which may result in a lower award.  If you need to notify the VCF of a new collateral source



September 11th
Victim Compensation Fund

payment, please complete the "Collateral Offset Update Form" found under "Forms and Resources" on the www.vcf.gov website.

Your award was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the VCF Permanent Authorization Act.  As always, I emphasize that no amount of money can alleviate the losses suffered on September 11, 2001.

If you have any questions, please call our toll-free Helpline at 1-855-885-1555.  Please have your claim number ready when you call: **VCF0015019**.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: CHANTAL PAULTRE



September 11th
Victim Compensation Fund

# Award Detail

Claim Number:      VCF0015019
Decedent Name:     JACQUES PAULTRE

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $0.00 |
| Mitigating or Residual Earnings | |
| **Total Lost Earnings and Benefits** | $0.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | $0.00 |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | $0.00 |
| | |
| **Total Non-Economic Loss** | $250,000.00 |
| | |
| **Subtotal Award for Personal Injury Claim** | $250,000.00 |



September 11th
Victim Compensation Fund

| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| **Loss of Earnings including Benefits and Pension** | $1,091,756.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | ($1,050,834.00) |
| SSA Survivor Benefits | |
| Worker's Compensation Death Benefits | |
| Other Offsets related to Earnings | |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | ($1,050,834.00) |
| | |
| **Total Lost Earnings and Benefits Awarded** | $40,922.00 |
| | |
| **Other Economic Losses** | |
| Replacement Services | $113,715.00 |
| Burial Costs | $6,545.00 |
| **Total Other Economic Losses** | $120,260.00 |
| | |
| **Total Economic Loss** | $161,182.00 |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | $250,000.00 |
| Non-Economic Loss - Spouse/Dependent(s) | $400,000.00 |
| **Total Non-Economic Loss** | $650,000.00 |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ($255.00) |
| Life Insurance | ($108,500.00) |
| Other Offsets | |
| **Total Additional Offsets** | ($108,755.00) |
| | |
| **Subtotal Award for Deceased Claim** | $702,427.00 |



September 11th
Victim Compensation Fund

| | |
|---|---|
| **Subtotal of Personal Injury and Deceased Claims** | $952,427.00 |
| PSOB Offset | ($303,064.00) |
| Prior Lawsuit Settlement Offset | ($197,626.25) |
| **TOTAL AWARD** | $451,736.75 |
| | |
| **Factors Underlying Economic Loss Calculation** | |
| Annual Earnings Basis (without benefits) | $97,476.38 |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | |

| **Eligible Conditions Considered in Award** |
|---|
| Stomach Cancer |

# Family Member Affidavits

Chantal Paultre

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

In Re:

TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------------ X     **AFFIDAVIT OF**
RAYMOND ALEXANDER, et al.,                    **CHANTAL PAULTRE**


                                    Plaintiffs,      21-CV-03505 (GBD)(SN)


                        V.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
------------------------------------------------------------------ X

STATE OF FLORIDA        )
                        : SS
COUNTY OF BROWARD       )

        CHANTAL PAULTRE, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
17821 NW 14th Street, Pembroke Pines, Florida 33029.

        2.      I am currently 68 years old, having been born on November 16, 1954.

        3.      I am the spouse of Decedent, Jacques Paultre, upon whose death my claims
are based. I submit this Affidavit in support of the present motion for a default money
judgement for the claim made on behalf of my husband's estate and for my solatium
claim. On August 25, 2009, I was issued Letters of Administration as Administrator of
my husband's estate by the Circuit Court of Broward County, Florida.

        4.      My husband passed away from appendiceal cancer on June 24, 2008, at the age
of 52. It was medically determined that this illness was causally connected to his exposure to the
toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      Jacques was my husband for 28 years. He loved being a NYC firefighter. We loved our regular family dinners, working out together, and so much more.

6.      At the time of September 11, 2001, Jacques was a firefighter with FDNY Engine 50, Ladder 19. Jacques was among the first responders dispatched to Ground Zero that morning. He arrived at Ground Zero shortly after the South Tower collapsed. He would continue to return to Ground Zero to participate in the rescue and recovery efforts in the months that followed.

7.      Jacques began experiencing symptoms as soon as a few weeks after September 11, 2001. He had issues breathing and complained of painful acid reflux. He was treated for GERD and for a while his symptoms were relatively well managed. Over the next few years, his symptoms would flare up on several occasions, but would usually subside with treatment. However, in early 2007, his symptoms renewed and were more severe than they ever were before. Around that time, he also began noticing that his abdomen was swelling. In June of 2007, he went to see his gastroenterologist, who prescribed him several diagnostic tests. A CT scan demonstrated abdominal carcinomatosis, and a subsequent pathology report confirmed a diagnosis of adenocarcinoma. He began chemotherapy treatment and eventually had a mass removed, but his overall condition did not improve. The cancer metastasized and he eventually passed away on June 24, 2008. His treatment during that time was an emotional rollercoaster.

8.      Even thinking about that time puts me in a bad place. His passing was very emotional for our family. I miss his presence and our controversial debates. Together we were always a team, and I miss that he didn't see his children grow up to be successful young adults. I miss that he's not here to meet his grandchildren. I miss him not being here to cut the grass or renovate our home. I miss him not being at our family dinners. I miss his touch. I miss his laugh.



CHANTAL PAULTRE

Sworn before me this

**21** day of **August,** 2023

Notary public

Notary Public State of Florida
Gilbert Rosa
My Commission GG 983929
Expires 08/29/2024

Kristopher Paultre

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In Re:

TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

----------------------------------------------------------- X        **AFFIDAVIT OF**
RAYMOND ALEXANDER, et al.,                           __KRISTOPHER PAULTRE__


                            Plaintiffs,       21-CV-03505 (GBD)(SN)


             V.

ISLAMIC REPUBLIC OF IRAN,

                            Defendant.

-----------------------------------------------------------------X

STATE OF FLORIDA          )
                          : SS
COUNTY OF BROWARD  )


        Kristopher Paultre, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
1532 Catalonia Avenue, Coral Gables, Florida 33134.

        2.      I am currently 35 years old, having been born on August 27, 1988.

        3.      I am the son of Decedent, Jacques Paultre upon whose death my claim is
based, and submit this Affidavit in connection with the present motion for a default
judgment and in support of my solatium claim.

        4.      My father passed away from metastatic appendiceal cancer on June 24, 2008, at
the age of 52. It was medically determined that this illness was causally connected to his exposure
to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      My father is my hero. Between sports, movies, long walks filled with advice and lessons, there was no better role model in the world to raise me. The memories with him run so deep that a few lines would never suffice.

6.      My father was a FDNY firefighter. Engine 50 Ladder 19 Battalion 26. He was on duty and present during and after the September 11th attacks. He was in the exposure zone for weeks to months at the minimum.

7.      At the end of my first year of college my father took my sister and I to tell us the news. He promised us that he would fight it. What ensued over the following year was heart breaking. He went from a broad, active hero to a suffering and frail shell of who he truly was. Even in his last months he embodied what bravery was. Suffering through treatment after treatment, not able to eat, tubes throughout his body, all for his family's sake.

8.      For a long time, it broke me. I gave up on college football and questioned being away for school. I almost ruined my future. For my sake he tried to hide the worst of it (in vain). He had my family hide his status during his last week of life because he knew I had a big organic chemistry final. Then died in my arms the night I returned from school. After his funeral I almost gave up on everything. School, relationships, my health, sports all seemed insignificant. My days were encompassed with how to be there for my family while still grieving myself. All this at the age of 19. My thoughts and heart broke for my little brother who was suffering while in high school. I watched my mom struggle to hold a sense of normalcy together. I saw my older sister withdraw and question her while life path. In the end we came together and supported each other. We used my father as a role model and inspiration. We were inches away from completely breaking apart as a family unit.

9.     Through much hardship my father's influence pushed my siblings and I to go through a long period of being lost, to firmly finding our path. I myself pursued medicine, going into family medicine and sports medicine. I now work in the University of Miami as one of our sports medicine physicians. More importantly I am the Medical Director of the nationally known Firefighter Cancer Initiative. My sister changed her life going from business to nursing school to nursing administration to now being a Director of Nursing. My brother struggled most to find his path but finally became a nurse and now is in school to be a Nurse Practitioner. My father inspired us to be our best but to this day I struggle with the memories of what we lost and suffered through. As a part of cancer research in firefighters I can say that though they sign up for a level of danger, the toxic exposure, especially the ones from September 11th and the cancer from them, are beyond the acceptable risk of being a firefighter.

KRISTOPHER PAULTRE

Sworn before me this
24 day of NOV, 2023

Notary public

RAPHAEL G. CHEMALY
MY COMMISSION # HH 98970
EXPIRES: March 1 2025

Michael Paultre

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

In Re:

TERRORIST ATTACKS ON                           03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------ X        **AFFIDAVIT OF**
RAYMOND ALEXANDER, et al.,                            **MICHAEL PAULTRE**


                                          Plaintiffs,        21-CV-03505 (GBD)(SN)


                        V.

ISLAMIC REPUBLIC OF IRAN,

                                          Defendant.
------------------------------------------------------------ X

STATE OF FLORIDA          )
                          : SS
COUNTY OF BROWARD  )


     Michael Paultre, being duly sworn, deposes and says:

     1.    I am a plaintiff in the within action, am over 18 years of age, and reside at 17821 NW 14th Street, Pembroke Pines, Florida 33029.

     2.    I am currently 31 years old, having been born on November 7, 1991.

     3.    I am the son of Decedent, Jacques Paultre upon whose death my claim is based, and submit this Affidavit in connection with the present motion for a default judgment and in support of my solatium claim.

     4.    My father passed away from metastatic appendiceal cancer on June 24, 2008, at the age of 52. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.  I did everything with my dad. We used to talk every day for hours. He guided me in every aspect of my life.

6.  I recall being pulled out of school on the day of September 11th. My dad worked for FDNY Engine 50 Ladder 19. He responded to the twin towers attacks.

7.  I remember seeing my dad half his size when I first found out he was ill. I remember always having to call the ambulance because my dad's stomach would fill with fluid, and he would collapse on the bathroom floor screaming in pain.

8.  My dad's death had a huge impact on me. Like I said, he guided me in every aspect of my life, without him I felt lost. I had nightmares of remembering his cries for help and how he suffered. I would find it hard for myself to catch my breath realizing I would never see him again. It became a struggle to get myself through the day without him. His death made me emotionally lose control and as a young man I did not know how to pull myself together. I still struggle with the loss of my father till this day. Sometimes I still have nightmares of him suffering to the point where it makes it hard for me to go back to sleep.



MICHAEL PAULTRE

Sworn before me this

___11___ day of _oct_, 2023

Notary public

RAPHAEL G. CHEMALY
MY COMMISSION # HH 98970
EXPIRES: March 1 2025

Stephanie Paultre

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In Re:

TERRORIST ATTACKS ON                        03-MDL-1570  (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------- X     **AFFIDAVIT OF**
RAYMOND ALEXANDER, et al.,                      **STEPHANIE PAULTRE**

                             Plaintiffs,         21-CV-03505  (GBD)(SN)

              V.

ISLAMIC REPUBLIC OF IRAN,

                           Defendant.

-------------------------------------------------------------X

STATE OF FLORIDA       )
                        : SS
COUNTY OF BROWARD  )

     Stephanie Paultre, being duly sworn, deposes and says:

     1.     I am a plaintiff in the within action, am over 18 years of age, and reside at 17821 NW 14th Street, Pembroke Pines, Florida 33029.

     2.     I am currently 38 years old, having been born on October 8, 1985.

     3.     I am the daughter of Decedent, Jacques Paultre upon whose death my claim is based, and submit this Affidavit in connection with the present motion for a default judgment and in support of my solatium claim.

     4.     My father passed away from metastatic appendiceal cancer on June 24, 2008, at the age of 52. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.     My father was a Bronx fire fighter who was and always will be my first true love. I could write multiple books of all the special memories, but one of my favorite things was taking my mom's place as his date when she was unable to attend events because we would dance the night away.

6.     My father was a Bronx fire fighter first responder on September 11th. He was present when the second building came down and he pushed back retirement to help with recovery efforts while his family settled in Florida.

7.     My father went through a year of misery not able to eat due to a nasogastric tube placed to relieve his discomfort from intestinal blockages. He became emaciated, weighing only 115 pounds. He went through some pain.

8.     My dad's suffering traumatized me and the vision of him crying in pain as I packed his open abdomen with gauze after surgery replays in my head constantly. I was there for all his suffering. The last time I spoke to my father was when he called to tell me he didn't want to suffer anymore and pleaded with me to stop the suffering. When I got to the hospital he had fallen into a coma. He passed about two days later.



STEPHANIE PAULTRE

Sworn before me this

12 day of September 2023

_____
Notary public

JOYCE FOX
MY COMMISSION # HH 126164
EXPIRES: May 5, 2025
Bonded Thru Notary Public Underwriters