# EXHIBIT AA

Estate of Howard Katzman

# VCF Documentation



September 11th
Victim Compensation Fund

April 12, 2017

HILARY KATZMAN
████████████████
████████████████

Dear HILARY KATZMAN:

The September 11th Victim Compensation Fund ("VCF") has reviewed your Eligibility Form. Your claim number is VCF0080027. Your Eligibility Form was determined to be substantially complete on April 11, 2017. As stated in the regulations and on the claim form, by filing a substantially complete Eligibility Form you have waived your right to file or be a party to a September 11th-related lawsuit.

## The Decision on your Claim

The VCF has determined that you meet the eligibility criteria established in the statute and regulations. Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, you have been found eligible for the following injuries:

- ASTHMA, UNSPECIFIED, UNSPECIFIED STATUS
- CHRONIC AIRWAY OBSTRUCTION NEC
- ESOPHAGEAL REFLUX
- UNSPECIFIED SINUSITIS

Please note that there are several reasons why an injury that you think should be eligible is not listed above. For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

## What Happens Next

**If you have been certified for treatment by the WTC Health Program for a condition not listed above**, you should amend your claim. Please see the VCF website for details on how to amend your claim. The VCF will review the new information and determine if it provides the basis for a revised decision.

**If you believe you have eligible injuries that are not being treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating your award,



September 11th
Victim Compensation Fund

you should amend your claim.  If you choose to amend your claim, making an appointment with the WTC Health Program and seeking certification for your condition is the best way to get the necessary evidence that you have an eligible condition for purpose of obtaining compensation from the VCF.

**If you do not have injuries other than those listed above,** you should submit your Compensation Form and required supporting materials.  If you have already submitted your Compensation Form, you do not need to take any action at this time unless you receive a request from the VCF for missing information.  The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: WENDELL TONG

September 11th
Victim Compensation Fund

November 6, 2020


HILLARY KATZMAN
███████████████████████

      **Re: CLAIM NUMBER: VCF0080027**

Dear HILLARY KATZMAN:

The September 11th Victim Compensation Fund ("VCF") sent you a letter on October 12, 2017 notifying you of the award determination on your claim.

You then amended your claim to request additional losses.  The VCF has considered your amended claim and reviewed the new information you provided.  This letter sets forth the revised award and supersedes and replaces all previous letters.

After reviewing the responses in your claim form, the documents you submitted in support of your claim, and information from third-party entities, the VCF has calculated the amount of your award as ███████████.  This determination is in accordance with the requirements of the Never Forget the Heroes: James Zadroga, Ray Pfeifer, and Luis Alvarez Permanent Authorization of the September 11th Victim Compensation Fund Act ("VCF Permanent Authorization Act").  The enclosed "Award Detail" includes a detailed explanation of the calculation and a list of the eligible conditions that were considered when calculating your award.

Compensation for pension loss was not awarded, as your husband's exposure was not a result of volunteering on or after 9/11/01 with the NYPD.  Personal injury replacement services were not awarded as specific medical documentation showing that Mr. Katzman was unable to perform household services due to his VCF-eligible conditions was not provided.  Additional non-economic loss was not awarded as specific medical records in support were not provided.

No non-routine legal service expenses are approved for reimbursement for this claim.

As the Personal Representative, you are required to distribute any payment received from the VCF on behalf of the victim to the eligible survivors or other recipients in accordance with the applicable state law or any applicable ruling made by a court of competent jurisdiction or as provided by the Special Master.

**What Happens Next**

You have already received a payment of ███████████.  You are now entitled to an additional payment of ███████████.  This amount is equal to the difference between your revised total award and the amount that has already been paid on your claim.

The VCF will deem this award to be final and will begin processing the full payment on your



September 11th
Victim Compensation Fund

claim unless you complete and return the enclosed Compensation Appeal Request Form within **30 days from the date of this letter** as explained below. If you do not appeal, the Special Master will authorize the payment on your claim within 20 days of the end of the 30-day appeal period. Once the Special Master has authorized the payment, it may take up to three weeks for the United States Treasury to disburse the money into the bank account designated on the VCF ACH Payment Information Form or other payment authorization document you submitted to the VCF.

- **Appealing the Award**: You may request a hearing before the Special Master or her designee if you believe the amount of your award was erroneously calculated, or if you believe you can demonstrate extraordinary circumstances indicating that the calculation does not adequately address your loss. **If you choose to appeal, your payment will not be processed until your hearing has been held and a decision has been rendered on your appeal**.

  To appeal the award, you must complete two steps by the required deadlines:

  1. Complete and return the enclosed **Compensation Appeal Request Form** within **30 days from the date of this letter**. Follow the instructions on the form and upload it to your claim or mail it to the VCF by the required deadline. If you do not submit your completed Compensation Appeal Request Form within 30 days of the date of this letter*, you will have waived your right to an appeal* and the VCF will begin processing any payment due on your claim.

  2. Complete and submit your **Compensation Appeal Package** (Pre-Hearing Questionnaire, Compensation Explanation of Appeal, and all applicable supporting documents) no later than **60 days from the date of this letter**. It is important that you carefully review the information enclosed with this letter and follow the instructions if you intend to appeal your award. Additional instructions on the appeals process can be found on the VCF website under "Frequently Asked Questions" and in the Policies and Procedures available under "Forms and Resources."

  Once your complete Compensation Appeal Package is submitted, the VCF will review the information to confirm you have a valid appeal, and will notify you of the next steps specific to your appeal and the scheduling of your hearing.

- **Notifying the VCF of new Collateral Source Payments**: You must inform the VCF of any new collateral source payments you receive, or become entitled to receive, such as a change to your disability or survivor benefits, as this may change the amount of your award. If you notify the VCF within 90 days of learning of the new collateral source payment, your award will not be adjusted to reflect the new entitlement or payment. If you notify the VCF more than 90 days after learning of the new or revised entitlement or payment, the VCF may adjust your award to reflect the new payment as an offset, which may result in a lower award. If you need to notify the VCF of a new collateral source payment, please complete the "Collateral Offset Update Form" found under "Forms and Resources" on the www.vcf.gov website.



September 11th
Victim Compensation Fund

Your award was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the VCF Permanent Authorization Act. As always, I emphasize that no amount of money can alleviate the losses suffered on September 11, 2001.

If you have any questions, please call our toll-free Helpline at 1-855-885-1555. Please have your claim number ready when you call: **VCF0080027**. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: WENDELL TONG



September 11th
Victim Compensation Fund

# Award Detail

Claim Number:     VCF0080027
Decedent Name:    HOWARD KATZMAN

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $0.00 |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | $0.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | $0.00 |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | $0.00 |
| | |
| **Total Non-Economic Loss** | ██████ |
| | |
| **Subtotal Award for Personal Injury Claim** | ██████ |



September 11th
Victim Compensation Fund

| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| **Loss of Earnings including Benefits and Pension** | |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | |
| SSA Survivor Benefits | |
| Worker's Compensation Death Benefits | |
| Other Offsets related to Earnings | |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Replacement Services | ████ |
| Burial Costs | ████ |
| **Total Other Economic Losses** | ████ |
| | |
| **Total Economic Loss** | ████ |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | ████ |
| Non-Economic Loss - Spouse/Dependent(s) | ████ |
| **Total Non-Economic Loss** | ████ |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ████ |
| Life Insurance | $0.00 |
| Other Offsets | $0.00 |
| **Total Additional Offsets** | ████ |
| | |
| **Subtotal Award for Deceased Claim** | ████ |



September 11th
Victim Compensation Fund

| Subtotal of Personal Injury and Deceased Claims | ▮ |
|---|---|
| PSOB Offset | $0.00 |
| Prior Lawsuit Settlement Offset | $0.00 |
| TOTAL AWARD | ▮ |

| Factors Underlying Economic Loss Calculation | |
|---|---|
| Annual Earnings Basis (without benefits) | |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | |

| Eligible Conditions Considered in Award |
|---|
| Asthma, Unspecified, Unspecified Status |
| Chronic Airway Obstruction Nec |
| Esophageal Reflux |
| Unspecified Sinusitis |

STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND, HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK

## OFFICE of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2014067966

**DATE ISSUED:** May 15, 2014

### DECEDENT INFORMATION

**STATE FILE DATE:** May 14, 2014

NAME: HOWARD KATZMAN

DATE OF DEATH: April 27, 2014     SEX: MALE     SSN: ▓▓▓▓     AGE: 079 YEARS
DATE OF BIRTH: ▓▓▓▓     BIRTHPLACE: BROOKLYN, NEW YORK, UNITED STATES
PLACE OF DEATH: INPATIENT
FACILITY NAME OR STREET ADDRESS: DELRAY MEDICAL CENTER
LOCATION OF DEATH: DELRAY BEACH, PALM BEACH COUNTY, 33484

### SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION

MARITAL STATUS: MARRIED
SPOUSE (IF FEMALE, MAIDEN NAME): HILLARY SMITH
RESIDENCE: ▓▓▓▓     COUNTY: ▓▓▓▓
OCCUPATION, INDUSTRY: NYC POLICE OFFICER, LAW ENFORCEMENT
RACE: _X_White ___Black or African American ___Asian Indian ___Chinese ___Filipino ___Native Hawaiian ___Japanese ___Korean
___American Indian or Alaskan Native–Tribe: ___ ___Vietnamese ___Other Asian
___Guamian or Chamorro ___Samoan ___Other Pacific Isl: ___Other: ___Unknown
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED     EVER IN U.S. ARMED FORCES? YES

### PARENTS AND INFORMANT INFORMATION

FATHER: IRVING KATZMAN
MOTHER: BETTY VALL
INFORMANT: HILLARY KATZMAN
RELATIONSHIP TO DECEDENT: WIFE
INFORMANT'S ADDRESS: ▓▓▓▓

### PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

PLACE OF DISPOSITION: STAR OF DAVID MEMORIAL GARDENS
NORTH LAUDERDALE, FLORIDA
METHOD OF DISPOSITION: ENTOMBMENT
FUNERAL DIRECTOR/LICENSE NUMBER: JASON GROSSBERG, F043257
FUNERAL FACILITY: STAR OF DAVID MEMORIAL GARDENS CEMETERY & FUNERAL CHAPEL F040593
7701 BAILEY ROAD, NORTH LAUDERDALE, FLORIDA 33068

### CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN     MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 hr): 1858
CERTIFIER'S NAME: LEOR JOSEPH SKOCZYLAS
CERTIFIER'S LICENSE NUMBER: ME93589
NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH NOT STATED
CAUSE OF DEATH - PART I - and Approximate Interval: Onset to Death:

| | |
|---|---|
| a ACUTE RESPIRATORY FAILURE | 3 HOURS |
| b ACUTE EXACERBATION OF CHRONIC OBSTRUCTIVE PULMONARY DISEASE | 4 DAYS |
| c CHRONIC BRONCHITIS | 13 YEARS |
| d | |

PART II - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:

AUTOPSY PERFORMED? UNKNOWN     AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? UNKNOWN
DATE OF SURGERY:     DID TOBACCO USE CONTRIBUTE TO DEATH? NO
REASON FOR SURGERY:
IF FEMALE, NOT APPLICABLE
DATE OF INJURY: NOT APPLICABLE     TIME OF INJURY (24 hr)     INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:
IF TRANSPORTATION INJURY, Status of Decedent:     Type of Vehicle:



,State Registrar

REQ: 2014881266

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATER-MARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (11/11)

*3906 3552*

CERTIFICATION OF VITAL RECORD

HEALTH

VOID IF ALTERED OR ERASED

# Family Member Affidavits

Hillary Katzman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

In Re:

TERRORIST ATTACKS ON                                03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------------ X    **AFFIDAVIT OF**
RAYMOND ALEXANDER, et al.,                           **HILLARY KATZMAN**


                                        Plaintiffs,       21-CV-03505 (GBD)(SN)


                    V.

ISLAMIC REPUBLIC OF IRAN,

                                        Defendant.
------------------------------------------------------------------ X

STATE OF FLORIDA        )
                        : SS
COUNTY OF PALM BEACH )

        HILLARY KATZMAN, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at

██████████████████████████████

        2.      I am currently 76 years old, having been born on ███████████

        3.      I am the wife of Decedent, Howard Katzman, upon whose death my claims
are based. I submit this Affidavit in support of the present motion for a default money
judgment for the claim made on behalf of my husband's estate and for my solatium
claim. On May 26, 2014, I was issued Letters of Administration as Administrator of my
husband's estate by the Circuit Court for Palm Beach County.

        4.      My husband passed away from Chronic Bronchitis and COPD on April 27, 2014,
at the age of 79. It was medically determined that these illnesses were causally connected to his
exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade
Center.

5.    Howard was my husband of 28 years. We spent our time being together, socializing with others, and traveling. Howard was a retired veteran of the New York City Police Department. He served as an officer of the NYPD for 20 years.

6.    At the time of September 11, 2001, my husband and I lived at 385 South End Avenue. After the attacks, we lived in a hotel but would return to our apartment at 385 South End Avenue after three months. We would continue to live there for 9 months, breathing the air that we now know was toxic.

7.    Howard started becoming sick only a few months after September 11, 2001. He was diagnosed with asthma, then chronic bronchitis, and subsequently COPD. He was put on medication, but he would have increased difficulty breathing. Eventually, it became difficult for him to do the most basic things such as walking. We had to move to a one-level residence because he eventually became unable to walk up steps. I often wheeled him in a wheelchair and purchased an electric scooter so he could have some independence. He was on oxygen every night and had to take three nebulizer treatments daily.

8.    After his passing, I no longer had my best friend to love and share life with. Managing my finances became difficult because I lost his pension, his annuity, and his social security. I didn't have family to support me after his death. I felt completely alone. The attacks on September 11, 2001 took away the last twelve years of my husband's life and deprived me of his companionship.



HILLARY KATZMAN

Sworn before me this

2ⁿᵈ day of October 2023

Notary public

EDWINA DUROS
Notary Public, State of Florida
Commission# GG 933392
My comm. expires Nov. 20, 2023