

| | | |
|---|---|---|
| Robert G. Sullivan<br>Nicholas Papain<br>Vito A. Cannavo<br>John F. Nash<br>Frank V. Floriani<br>Eleni Coffinas<br>Hugh M. Turk<br>Albert B. Aquila<br>Brian J. Shoot | Eric K. Schwarz<br>Elizabeth Montesano<br>Deanne M. Caputo<br>Liza A. Milgrim<br>Thomas J. McManus<br>Glenn W. Nick<br>Mark A. Apostolos<br>Craig M. Silverman | 120 BROADWAY • NEW YORK • NEW YORK 10271<br>TELEPHONE: (212) 732-9000<br>FACSIMILE: (212) 266-4141<br>SPBMC-NY@TrialLaw1.com<br>TrialLaw1.com<br><br>PLEASE REPLY TO:<br><br>New York City Office |

| | | |
|---|---|---|
| Jessica P. Denninger<br>Christopher J. DelliCarpini<br>Ana-Marija Turkovic<br>NallyAnn Scaturro<br>Michael P. Napolitano<br>Jacqueline P. Lasker<br>Joseph I. Rozovsky<br>Danielle Goldfinger<br>Amber Volz | Katie Prior<br>Joseph Fattorusso<br>Laura Raphael<br>Nicole M. LaGrega<br>James Kilduff<br>Samantha Menicucci<br>Matthew L. Rubino<br>Sahil S. Koul<br>Christian Naber | |

Hon. Joseph N. Giamboi (*1925-2018*)
Michael N. Block (*1943-2024*)
Stephen C. Glasser
Paul F. Oliveri
*Of Counsel*

John M. Tomsky
Beth N. Jablon
Ina Pecani
*Counsel to the Firm*

Author's E-Mail Address:
NPapain@TrialLaw1.com
Direct Telephone Line:
(212) 266-4101
Private Fax Line:
(212) 266-4161

March 5, 2025

**VIA ECF**

The Honorable Sarah Netburn, United States Magistrate Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: ***In re Terrorist Attacks on September 11, 2001*, Case No. 03 MDL 1570 (GBD)(SN)**
> *Accardi et al v. Islamic Republic of Iran,* Case No. 21-cv-06247
> *Alexander et al v. Islamic Republic of Iran,* Case No. 21-cv-03505
> *Betso et al v. Islamic Republic of Iran,* Case No. 21-cv-01394
>
> **Requests for Corrections/Revisions to the Exhibits Attached to the Report and Recommendation, dated Feb. 28, 2025, ECF No. 10755**

Dear Judge Netburn:

The undersigned, as the attorney for the Plaintiffs in the above-referenced actions, respectfully submits this Letter Motion to request that certain corrections/revisions be made to the Exhibits attached to the Report and Recommendation issued by the Court on Feb. 28, 2025, ECF No. 10755 ("R. & R."), which addressed Plaintiffs' motions for partial final judgment by default against Iran and for the award of certain damages, in the above-referenced actions.

SUFFOLK OFFICE
33105 Main Road, Cutchogue, New York 11935
TELEPHONE: (631) 734-2500 • FACSIMILE: (631) 734-2502
SPBMC-LI@TrialLaw1.com

NASSAU OFFICE
1140 Franklin Avenue, Garden City, New York 11530
TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350
SPBMC-LI@TrialLaw1.com

NEW JERSEY OFFICE
25 Main Street, Suite 602, Hackensack, New Jersey 07601
TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461
SPBMC-NJ@TrialLaw1.com

### I. Plaintiff Margaret Randazzo-Maloy's Solatium Award Not Included in the R. & R. Exhibits

Margaret Randazzo-Maloy is a plaintiff in the above-referenced *Alexander* action, and the spouse of Decedent, Gene Edward Maloy, who was killed in the Attacks on September 11, 2001. R. & R. at 16. The R. & R. recommended awarding Plaintiff Margaret Randazzo-Maloy $12.5 million in solatium damages. *Id*. However, it seems this award was inadvertently not included in the exhibits attached to the R. & R. It is therefore respectfully requested that the exhibits to the R & R be revised to include the recommended solatium award of $12.5 million to Plaintiff Margaret Randazzo-Maloy.

### II. Personal Representative, Sandra Heffernan's Last Name is Misspelled in Exhibit B

The last name of Personal Representative Sandra Heffernan is misspelled "Hefferman" in Exhibit B, line no. "10". It is respectfully requested that the spelling of her last name be corrected to read "Heffernan".

### III. Decedent, Charles Williams's Last Name is Misspelled in Exhibit C

The last name of Decedent Charles Williams is misspelled "William" in Exhibit C, line no. "29". It is respectfully requested that the spelling of his last name be corrected to read "Williams".

Thank you for the Court's consideration of the above requests.

Respectfully submitted,

*/s/ Nicholas Papain*

Nicholas Papain, Esq.
Sullivan Papain Block McManus
Coffinas & Cannavo P.C.
120 Broadway, 27th Floor
New York, NY 10271
Phone: (212) 732-9000
COUNSEL FOR PLAINTIFFS
*IN THE ACCARDI, ALEXANDER,*
AND *BETSO ACTIONS*